UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMED KABBA,<br><br>Defendant | Criminal No. 26cr10042<br><br>Violation:<br><br>Count One: Engaging in the Business of Dealing in Firearms Without a License<br>(18 U.S.C. § 922(a)(1)(A))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury charges:

On or about October 1, 2025 through November 22, 2025, in the District of Massachusetts, the defendant,

MOHAMED KABBA,

not being a licensed importer, manufacturer, and dealer under the provisions of Title 18, United States Code, did willfully engage in the business of dealing in firearms, that is, a Beretta Model APX 9mm pistol, a Smith & Wesson M&P 40-caliber pistol, a Glock 22 40-caliber pistol, two Glock 27 40-caliber firearms with obliterated serial numbers, a Glock Gen 5 9-caliber pistol, a SIG Sauer 380 Auto, a SIG Sauer P250-22, a Palmetto State Armory Dagger 9-caliber pistol, a Taurus G3C 9-caliber pistol, and a Glock 20 10-caliber pistol.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1.      Upon conviction of the offense in violation of Title 18, United States Code, Sections 922, set forth in Count One, the defendant,

MOHAMED KABBA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

███████████████

FOREPERSON

_____
LAUREN MAYNARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

_____
J. AIDAN LANG
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: FEBRUARY 18, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 11:42am
_____
DEPUTY CLERK