JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Lowell, MA     **Category No.** II     **Investigating Agency** ATF

**City** Lowell

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number  25-mj-1061-DLC
Search Warrant Case Number  25-mj-1451-4, 7-8-DLC
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____      ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name** Mohamed Kabba     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** 112 Reservoir St, Lowell, MA

**Birth date (Yr only):** 1999   **SSN (last 4#):** 1645   **Sex:** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** Forest O'Neill Greenberg     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** John Aidan Lang     **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** 112 Reservoir St, Lowell, MA

**Arrest Date:** Nov. 22, 2025

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Hon. Donald L. Cabell   on  Nov. 25, 2025

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/18/2026     **Signature of AUSA:** /s/ John Aidan Lang

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Mohamed Kabba

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(a)(1) | Dealing in firearms without a license | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013